**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**JEREMY MICHAEL WILMOT,**

                **Plaintiff,**

       v.                                                    **CASE NO. 19-3268-SAC**

**NEOSHO COUNTY JAIL, et al.,**

                **Defendants.**

## MEMORANDUM AND ORDER

    This matter is a civil rights action filed under 42 U.S.C. § 1983. On June 15, 2020, the Court directed plaintiff to file a second amended complaint on or before July 15, 2020. Plaintiff has failed to do so, and on July 16, 2020, the Court directed him to show cause on or before July 30, 2020, why this matter should not be dismissed for lack of prosecution. Plaintiff failed to respond.

    Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771-72 (citations omitted).

Because plaintiff has failed to respond to the Court's orders, this matter will be dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED:  This 31st day of July, 2020, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge